**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-13907

Non-Argument Calendar

_____

RAYMOND LEE KELLY,

*Petitioner-Appellant,*

*versus*

UNITED STATES OF AMERICA,

*Respondent-Appellee.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket Nos. 6:22-cv-02001-CEM-DCI,
6:17-cr-00291-CEM-LHP-1

_____

Before ROSENBAUM, JILL PRYOR, and NEWSOM, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The 60-day statutory time limit required Raymond Kelly, a

2                    Opinion of the Court                    25-13907

federal prisoner proceeding pro se, to file a notice of appeal from the district court's June 12, 2025 judgment denying his 28 U.S.C. § 2255 motion on or before August 11, 2025. *See* 28 U.S.C. § 2107(b)(1); Fed. R. App. P. 4(a)(1)(B)(i). However, Kelly's notice of appeal is deemed filed, under the prison mailbox rule, on October 27, 2025. *See* Fed. R. App. P. 4(c). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

All pending motions are DENIED as moot.